```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 59841
   JAMES C NOEL
   LINDA NOEL                                   CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4205     SSN XXX-XX-3884

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 02/06/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 11/06/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
-----------------------------------------------------------------------
ADVANCE PHYSICAL THERAPY   UNSECURED       NOT FILED          .00             .00
ADVANCED PHYSICAL MEDICI   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   TRUSTEE         NOT FILED          .00             .00
ST ALEXIUS MED CENTER      UNSECURED          463.14          .00           83.42
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
ALEXIAN BROTHERS MEDICAL   UNSECURED       NOT FILED          .00             .00
AMERICAN MEDICAL COLLECT   UNSECURED       NOT FILED          .00             .00
COMCAST                    UNSECURED       NOT FILED          .00             .00
COMPUTER CREDIT            NOTICE ONLY     NOT FILED          .00             .00
CREDIT PROTECTION ASSOCI   UNSECURED       NOT FILED          .00             .00
D&B RMS                    UNSECURED       NOT FILED          .00             .00
D&B RMS                    UNSECURED       NOT FILED          .00             .00
DAVID BALDARE              UNSECURED       NOT FILED          .00             .00
DELINQUENCY PREV SERVICE   UNSECURED       NOT FILED          .00             .00
ELK GROVE LAB PHYSICIANS   UNSECURED       NOT FILED          .00             .00
EMERGENCY & AMBULATORY     UNSECURED       NOT FILED          .00             .00
EURO CENTER                UNSECURED       NOT FILED          .00             .00
GC SERVICES DATA CONTROL   UNSECURED       NOT FILED          .00             .00
HARVARD COLLECTION SERVI   NOTICE ONLY     NOT FILED          .00             .00
I C COLLECTION SERVICE     NOTICE ONLY     NOT FILED          .00             .00
KS COUNSELORS              NOTICE ONLY     NOT FILED          .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 59841 JAMES C NOEL & LINDA NOEL
```

```
JOSEPH MACALUSO           UNSECURED        1872.47            .00         280.87
PAUL D LAWENT             NOTICE ONLY    NOT FILED            .00            .00
MALCOLM S GERALD & ASSOC  NOTICE ONLY    NOT FILED            .00            .00
MEDICAL CARE GROUP        UNSECURED      NOT FILED            .00            .00
MED COLLECTIONS SERVICES  UNSECURED      NOT FILED            .00            .00
MEDICAL SPECIALTIES LTD   UNSECURED      NOT FILED            .00            .00
NATIONAL ASSET RECOVERY   UNSECURED      NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY    NOT FILED            .00            .00
NORTHWEST COMMUNITY HOSP  UNSECURED      NOT FILED            .00            .00
NORTHWEST COMMUNITY HOSP  UNSECURED      NOT FILED            .00            .00
NORTHWEST RHEUMATOTOLOGY  UNSECURED      NOT FILED            .00            .00
NORTHWEST SUBURBAN ANEST  UNSECURED      NOT FILED            .00            .00
ORTHOPAEDIC ASSOCIATES    UNSECURED      NOT FILED            .00            .00
PELLETTIERI & ASSOC       UNSECURED      NOT FILED            .00            .00
PELLETTIERI & ASSOC       NOTICE ONLY    NOT FILED            .00            .00
PELLETTIERI & ASSOC       UNSECURED      NOT FILED            .00            .00
PELLETTIERI & ASSOC       UNSECURED      NOT FILED            .00            .00
PROFFESSIONAL ACCOUNT MG  UNSECURED      NOT FILED            .00            .00
RADIOLOGY CONSULTANTS WO  UNSECURED      NOT FILED            .00            .00
RISK MANAGEMENT ALYERNAT  UNSECURED      NOT FILED            .00            .00
SUPERIOR RECOVERY SYSTEM  NOTICE ONLY    NOT FILED            .00            .00
TRANSWORLD SYSTEMS        UNSECURED      NOT FILED            .00            .00
TRS RECOVERY SERVICES IN  NOTICE ONLY    NOT FILED            .00            .00
TRS RECOVERY SERVICES IN  UNSECURED      NOT FILED            .00            .00
VAN RU CREDIT CORP        UNSECURED      NOT FILED            .00            .00
VILLAGE OF ARLINGTON HEI  UNSECURED      NOT FILED            .00            .00
WELLS FARGO AUTO FINANCE  NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO AUTO FINANCE  NOTICE ONLY    NOT FILED            .00            .00
CITIFINANCIAL             NOTICE ONLY    NOT FILED            .00            .00
CITIFINANCIAL             NOTICE ONLY    NOT FILED            .00            .00
ST ALEXIUS MEDICAL CENTE  UNSECURED            .00            .00            .00
AMERICASH LOANS LLC       UNSECURED         414.17            .00          62.13
ALLIED INTERSTATE         NOTICE ONLY    NOT FILED            .00            .00
AMERICAN DEBT COLLECTION  UNSECURED      NOT FILED            .00            .00
ARMOR SYSTEMS CORP        UNSECURED      NOT FILED            .00            .00
BANKFIRST                 UNSECURED      NOT FILED            .00            .00
CARDIOVASCULAR ASSOCIATE  UNSECURED      NOT FILED            .00            .00
CARDIOVASCULAR ASSOC      UNSECURED      NOT FILED            .00            .00
CERTIFIED RECOVERY SYS    UNSECURED      NOT FILED            .00            .00
CERTIFIED RECOVERY SYS    UNSECURED      NOT FILED            .00            .00
CHECKIT                   UNSECURED      NOT FILED            .00            .00
COLLECTION COMPANY OF AM  UNSECURED      NOT FILED            .00            .00
COLLECTION CO OF AMERICA  NOTICE ONLY    NOT FILED            .00            .00
COMPUTER CREDIT           NOTICE ONLY    NOT FILED            .00            .00
DIRECT TV                 NOTICE ONLY    NOT FILED            .00            .00
ENHANCED RECOVERY CORP    NOTICE ONLY    NOT FILED            .00            .00
EPP                       NOTICE ONLY    NOT FILED            .00            .00
FCNB MASTER TRUST         UNSECURED      NOT FILED            .00            .00
FIRST SAVINGS CREDIT CAR  UNSECURED      NOT FILED            .00            .00
```

```
FNANB                       UNSECURED      NOT FILED                      .00              .00
I C COLLECTION SERVICE      NOTICE ONLY    NOT FILED                      .00              .00
INPHONIC INC                UNSECURED      NOT FILED                      .00              .00
KCA FINANCIAL SERVICES      UNSECURED      NOT FILED                      .00              .00
LOYOLA UNIVERSITY F E C     UNSECURED      NOT FILED                      .00              .00
MEA ELK GROVE LLC           UNSECURED      NOT FILED                      .00              .00
MEDICAL DEBT                UNSECURED      NOT FILED                      .00              .00
MERCHANTS CREDIT GUIDE C    NOTICE ONLY    NOT FILED                      .00              .00
META BANK                   UNSECURED      NOT FILED                      .00              .00
NORTH SUBURBAN CARDIOLOG    UNSECURED      NOT FILED                      .00              .00
PARTNERS IN PRIMARY CARE    UNSECURED      NOT FILED                      .00              .00
PARTNERS IN PRIMARY CARE    UNSECURED      NOT FILED                      .00              .00
PD6 MARKETING               UNSECURED      NOT FILED                      .00              .00
PELLETTIERI & ASSOC         NOTICE ONLY    NOT FILED                      .00              .00
A PHYSICIAN ANESTHESIA      UNSECURED      NOT FILED                      .00              .00
PLAINS COMMERCE BANK        UNSECURED      NOT FILED                      .00              .00
PROF CARDIAC SERVICES       UNSECURED      NOT FILED                      .00              .00
PROVIDIAN                   UNSECURED      NOT FILED                      .00              .00
RADIOLOGY IMAGING CONSUL    UNSECURED      NOT FILED                      .00              .00
RADIOLOGY IMAGING CONSUL    UNSECURED      NOT FILED                      .00              .00
RECEIVABLE MANAGEMENT SE    UNSECURED      NOT FILED                      .00              .00
S FLASTER MD                UNSECURED      NOT FILED                      .00              .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED                      .00              .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED                      .00              .00
SPECIALIZED CARD SERVICE    UNSECURED      NOT FILED                      .00              .00
STATE COLLECTION SERVICE    NOTICE ONLY    NOT FILED                      .00              .00
STATE COLLECTION SERVICE    NOTICE ONLY    NOT FILED                      .00              .00
SUBURBAN SURGICAL CARE S    UNSECURED      NOT FILED                      .00              .00
SUBURBAN SURGICAL CARE S    UNSECURED      NOT FILED                      .00              .00
TRANSWORLD SYSTEMS          UNSECURED      NOT FILED                      .00              .00
UNITED LEGAL CORP           UNSECURED      NOT FILED                      .00              .00
USA ONE CREDIT UNION        UNSECURED      NOT FILED                      .00              .00
ZALUTSKY & PINSKI           UNSECURED      NOT FILED                      .00              .00
RICHARD S BASS              DEBTOR ATTY      1,885.00                                 1,674.53
TOM VAUGHN                  TRUSTEE                                                      119.05
DEBTOR REFUND               REFUND                                                          .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     2,220.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                         426.42
ADMINISTRATIVE                                  1,674.53
TRUSTEE COMPENSATION                              119.05
DEBTOR REFUND                                        .00

PAGE  3 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 59841 JAMES C NOEL & LINDA NOEL

```
                                  ---------------    ---------------
TOTALS                                   2,220.00           2,220.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/26/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```